# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN THE MATTER OF:   :
TAGGART v. UNITED STATES TRUSTEE

                                               :      CA 21-cv-00586

                                               :

## **N O T I C E**

The record on appeal from the Bankruptcy Court in the above captioned case was entered on the docket in this office on 03/16/2022 and has been assigned to the Honorable JOHN M. YOUNGE.

The following is the schedule for filing briefs with this office:

(1) The Appellant shall serve and file his brief within 30 days after entry of the record on appeal.

(2) The Appellee shall serve and file his brief within 30 days after service of the brief of the Appellant.

(3) The Appellant may serve and file a reply brief within 14 days after service of the brief of the Appellee.

                                                            **KATE BARKMAN**
                                                            Clerk of Court


                                                            By: s/Ashley Mastrangelo
                                                               Ashley Mastrangelo, Deputy Clerk


cc:    DANIEL FANASELLE
        KENNETH J. TAGGART
        GEORGE M. CONWAY

civ651.frm
(06/2016)