# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN THE MATTER OF:<br>    KENNETH J. TAGGART | :<br>:    No. 22-cv-0586<br>:<br>:<br>: |

# ORDER

AND NOW, this 15th day of April, 2022, upon Consideration of the *pro se* Plaintiff's

Request to Consolidate and for Enlargement of Time (ECF No. 8), it is hereby ORDERED that:

1. Plaintiff's Request for an Extension of Time to File an Appeal Brief shall be GRANTED as follows—Plaintiff shall have until Friday, May 13, 2022, to file a Brief on Appeal; and

2. Plaintiff's Request to Consolidate is DENIED without prejudice to be renewed after the briefing is complete.

IT IS SO ORDERED.

BY THE COURT:

   /s/ John Milton Younge
Judge John Milton Younge