**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|                          |   |                    |
|--------------------------|---|--------------------|
|                          | : |                    |
| IN THE MATTER OF:        | : | No. 22-cv-0586-JMY |
|    KENNETH J. TAGGART | : |                    |
|                          | : |                    |
|                          | : |                    |

**ORDER**

AND NOW, this 9th day of May, 2022, upon consideration of the Motion for Injunctive Relief or Stay (ECF No. 10) filed by the Appellant, Kenneth J. Taggart, it is hereby ORDERED that the Appellee, AJX Mortgage Trust I, shall file an Opposition to said Motion for Injunctive Relief or Stay no later than Thursday, May 19, 2022, Appellant's reply, if any, should be filed no later than Thursday, May 26, 2022.

BY THE COURT:

  /s/ John Milton Younge
Judge John Milton Younge