IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH J. TAGGART, | : |
|     Movant/Appellant, | : |
| | :    No.   22-cv-0586-JMY |
| vs. | : |
| | : |
| AJX MORTGAGE TRUST I, A | : |
| DELAWARE TRUST, WILMINGTON | :    Bankruptcy No. 21-12476-AMC |
| SAVINGS FUND SOCIETY, FSB, | : |
| GREGORY FUNDING, LLC, GREAT AJAX | : |
| OPERATING PARTNERSHIP, LP, | : |
|     Respondents/Appellees. | : |

## **ORDER**

AND NOW, this 6th day of December, 2022, upon consideration of Appellees AJX Mortgage Trust I, a Delaware Trust, Wilmington Savings Fund Society, FSB, Gregory Funding, LLC, and Great Ajax Operating Partnership, LP' (collectively "Appellees"), Omnibus Response filed in Opposition to Debtor-Appellant Kenneth J. Taggart's "Motion Injunctive Relief or Stay," as well as Appellees' Cross-Motion to Dismiss Appellant's Appeals pending in at Docket Nos. 22-cv-01031, 22-cv-00586, and 22-cv-00475 (ECF No. 14), and an response thereto, it is hereby ORDERED that Appellant's Motion for Stay (ECF No. 10) is DENIED.

It is further ORDERED that Appellee's Cross-Motion is GRANTED, and the Appeals pending at Docket Nos. 22-cv-01031, 22-cv-00586, and 22-cv-00475 are hereby DISMISSED.

IT IS SO ORDERED.

BY THE COURT:

  /s/ John Milton Younge
Judge John Milton Younge